## C. K. RUSSELL v. JAMES LYNN.

**Practice—Waiving Objections—Evidence.**

Where no objection was made and no exception taken to the giving of instructions, no question as to them is presented on appeal.

**Evidence.**

In actions ex contractu when the evidence clearly preponderates against the verdict, a new trial should be granted.

APPEAL FROM KENTON CIRCUIT COURT.

October 30, 1874.

OPINION BY JUDGE PETERS:

To the instruction given to the jury no objection was made and no exception taken by appellant, and this court can not on that account review the action of the court below, giving said instruction, even if it were erroneous, as the error was waived by failing to except to it at the time. No citation of authority is necessary on this point. Nor was there any exception taken to the opinion of the court in admitting the evidence of the Rusts to go to the jury and that question was waived.

But the verdict of the jury is against the decided weight of the evidence.

In actions ex contractu, when the evidence preponderates so decisively against the verdict as it does in this case, a new trial should be awarded. *Kirtley v. Kirtley,* 1 J. J. Marsh. 96.

Wherefore the judgment is *reversed* and the cause is remanded for a new trial and further proceedings consistent herewith.

*R. D. Handy, for appellant.*